IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

JAN 1 4 2016

Clerk, U.S. District Court
Texas Eastern

William Rogers
    Plaintiff,

CASE NUMBER: 6:15-CV-714

V.

**JURY TRIAL DEMANDED**

Eileen Frazier, Ron Voda
Dona Jordan, Wayne Kirkpatrick
Sherry Davis, Norma Oglesby
Jackie Rucker, Mike Maberry
Howard Coquat, Glyndia Lane
Clint McNear, Todd Eddington
Candyce Palmertree

**Defendants**

---

## MOTION FOR REVIEW BY COURT OF PROPOSED DISCOVERY ORDER, PROTECTIVE ORDER, AND DOCKET CONTROL ORDER

---

COMES NOW, William Rogers, Plaintiff, and motions this Court for a review and inspection on behalf of Plaintiff by Judge John D. Love of the proposed Docket Control Order, Discovery Order and Protective Order filed with the Court as Exhibits "A", "B" and "C" attached to Notice of Compliance with Court Order on January 14, 2016 by opposing council, and would show the Court as follows:

1. Opposing council Darren Coleman is not a neutral party.

2. Opposing council is obligated to gain an advantage for his clients over Plaintiff when possible.

3. Opposing council is not obligated to ensure Plaintiff receives even a neutral agreement(s).

4. During the conference with Coleman, concerns arose to make Plaintiff question if he was getting a fair agreement and an agreement that he would not later realize was to his disadvantage.

5. Additional concerns arose as to securing the maximum number of requests for admission and interrogatories permissible by law so as to be able to adequately deal with the large number of

Motion For Review by Court of Proposed Discovery, Protective, and Docket Orders      Page 1 of 2

Defendants in this case.

6. As a pro se, Plaintiff has limited knowledge and experience with these types of proposed orders.

Wherefore, Plaintiff hereby motions the Court for a review of the proposed orders to ensure that Plaintiff is not disadvantaged by the disparity between his expertise, or lack thereof, and the obvious advantages of his experienced opposing council.

Respectfully Submitted,

_____
William Rogers

## CERTIFICATE OF SERVICE

I, William Rogers, do hereby certify that a true and correct copy of the foregoing instrument has been served upon the Defendants' attorney at 1800 W. Loop 281, Suite 303 Longview, Texas 75604 by first class U.S. mail. Copies were also mailed to Candyce Palmertree P.O. Box 12 Hawkins, Texas 75765, Glyndia Lane 1334 N. Beaulah Hawkins, Texas 75765, Todd Eddington 278 Parrish St., Hawkins, Texas 75765, and Clint McNear at 6200 La Calma Dr., Suite 200 Austin, Texas 75752 on this the 14th day of January, 2016.

_____
William Rogers